149 A.3d 4

IN THE MATTER OF JOHN L. WEICHSEL, AN ATTORNEY AT LAW (ATTORNEY NO. 281611972)

Filed November 17, 2016

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–325, concluding that **JOHN L. WEICHSEL** of **HACKENSACK,** who was admitted to the bar of this State in 1972, should be suspended from the practice of law for a period of three months for violating *RPC* 1.15(a)(failure to safeguard funds), *RPC* 1.15(d)(failure to comply with recordkeeping requirements of *Rule* 1:21–6), *RPC* 5.3(a)(b)(c)(failure to supervise nonlawyer employee), and *RPC* 8.1(a)(knowingly making a false statement of

material fact in connection with a disciplinary matter), and good cause appearing;

It is ORDERED that **JOHN L. WEICHSEL** is suspended from the practice of law for a period of three months, effective December 16, 2016, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.